**UNION PACIFIC RAILROAD COMPANY v. Pearl Mary GLOVER, Administratrix, etc.**

**No. 8872.**

Circuit Court of Appeals, Ninth Circuit.

Aug. 1, 1938.

George H. Smith, of Salt Lake City, Utah, and H. B. Thompson, of Pocatello, Idaho, for appellant.

Walter H. Anderson, of Pocatello, Idaho, for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

1016

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.